United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY FREDERICK, | Case No. 16-cv-03656-MEJ (PR) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| R. MAGARRELL, | |
| Defendant. | |

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, complaining of events at California State Prison, Solano in Solano County, California.  Solano County is located within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  No defendant is alleged to reside in the Northern District.  Venue therefore is proper in the Eastern District, and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated:  July 6, 2016

MARIA-ELENA JAMES
United States Magistrate Judge